Taft Dorsey, Appellee, v. Boris Kriloff and Sam Newman, Trading as Boris Tavern, Defendants.
Appeal of Underwriters at Lloyds and John S. Lord, Attorney in Fact, Appellants.

Gen. No. 42,042.

opinion filed May 5, 1943. Ekern & Meyers, for appellants; Donald L. Thompson and Vernon A. Forsberg, of counsel; Blowitz, Baskin & Kallick, for appellee; Samuel J. Baskin, of counsel. Opinion by JUSTICE KILEY. ''Not to be published in full.''